No. 81–510.   FLORIDA STATE UNIVERSITY ET AL. *v.*
JOSHI.   C. A. 5th Cir.   Certiorari denied.

No. 81–1050.   TAPP *v.* LUCAS, WARDEN, MISSISSIPPI
STATE PENITENTIARY, ET AL.   C. A. 5th Cir.   Certiorari
denied.

No. 81–1069.   TERRELL ET AL. *v.* INTERNATIONAL ASSO-
CIATION OF MACHINISTS & AEROSPACE WORKERS ET AL.
C. A. 5th Cir.   Certiorari denied.

No. 81–1184.   CHATHAM VENTURES, INC., ET AL. *v.* FED-
ERAL DEPOSIT INSURANCE CORPORATION.   C. A. 11th Cir.
Certiorari denied.

No. 81–1306.   MATHERNE *v.* TERREBONNE PARISH PO-
LICE JURY.   Sup. Ct. La.   Certiorari denied.

No. 81–1346.   JAFFEE ET AL. *v.* UNITED STATES ET AL.
C. A. 3d Cir.   Certiorari denied.

No. 81–1361.   WEST VIRGINIA EX REL. AIR POLLUTION
CONTROL COMMISSION *v.* GORSUCH, ADMINISTRATOR,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET
AL.; and
No. 81–1524.   PENNSYLVANIA *v.* GORSUCH, ADMINIS-
TRATOR, UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY, ET AL.   C. A. 3d Cir.   Certiorari denied.   Re-
ported below: No. 81–1361, 672 F. 2d 904; No. 81–1524, 672
F. 2d 902.

No. 81–1372.   CITY OF ATLANTA *v.* OWEN ET AL.   Sup.
Ct. Ga.   Certiorari denied.